UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62116-VALLE
**CONSENT JURISDICTION (ECF No. 52)**

FLAVIA Z. SOUZA and
MONSTER CONSULTING GROUP, LLC,

    Plaintiff,

vs.

DIRECT OFFICE SOLUTIONS, INC. and
RONALD R. BOEHM,

    Defendant.

_____/

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs Flavia Z. Souza ("Souza"), Monster Consulting Group LLC ("Monster"), Jeffrey Clay Rice ("Rice"), and Defendants Direct Office Solutions, Inc. ("DOS") and Ronald R. Boehm ("Boehm"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a), jointly move for dismissal with prejudice of this action as follows:

1.    The parties appeared for a Settlement Conference before United States Magistrate Judge Alicia O. Valle on June 30, 2022. With the assistance of the Court, the parties reached a resolution of all disputed matters between them in this proceeding.

2.    The parties have more fully memorialized that resolution in a Settlement Agreement and Release of All Claims and pursuant to the Court's Order (ECF No. 53) have submitted that Agreement to the Court by email (valle@flsd.uscourts.gov). That resolution fully and finally resolves all claims pending by all remaining parties in this proceeding.

3. The Court's approval of the Settlement Agreement and Release of All Claims, and the Court's retention of jurisdiction to enforce that Agreement, for a period of thirty (30) days, and dismissal with prejudice, are each conditions of the resolution.

WHEREFORE, Plaintiffs Flavia Z. Souza, Monster Consulting Group LLC, Jeffrey Clay Rice, and Defendants Direct Office Solutions, Inc. and Ronald R. Boehm, jointly request that the Court enter an Order:

1. Approving the resolution reflected in the Settlement Agreement and Release of All Claims as a fair resolution of a dispute including claims under the Fair Labor Standards Act;

2. Dismissing this action with prejudice, and retaining jurisdiction for a period of thirty (30) days from the date of the dismissal order.

Respectfully submitted,

| | |
|---|---|
| BUCKNER LEGAL SELF-HELP PROGRAM, INC.<br>Attorneys for Plaintiffs<br>5224 NW 96th Drive<br>Coral Springs, Florida 33076<br>Tel:  954-347-0112<br>Fax: 954-513-4796<br>Email:  michaelbucknerlaw@gmail.com<br><br>By: *Michael L. Buckner*<br>    Michael L. Buckner<br>    Florida Bar No. 106331 | STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Attorneys for Defendants<br>200 East Las Olas Boulevard, Suite 2100<br>Fort Lauderdale, FL  33301<br>Tel:  954-462-9500<br>Fax: 954-462-9567<br>Email:  egabrielle@stearnsweaver.com<br><br>By: *Eric K. Gabrielle*<br>    Eric K. Gabrielle<br>    Florida Bar No. 0160725 |